# United States Court of Appeals
## For the First Circuit

_____

No. 17-1378

VICKI McKENNEY, individually and as next friend of
STEPHEN McKENNEY, and as personal representative of the
ESTATE OF STEPHEN McKENNEY,

Plaintiff, Appellee,

v.

NICHOLAS MANGINO,

Defendant, Appellant,

CUMBERLAND COUNTY ET AL.,

Defendants.

_____

**JUDGMENT**

Entered: October 6, 2017

    This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The appeal is dismissed in part for want of appellate jurisdiction, and the district court's denial of summary judgment is otherwise affirmed. Costs shall be taxed in favor of the plaintiff.

                                                  By the Court:
                                                  /s/ Margaret Carter, Clerk

cc:
Peter T. Marchesi
Cassandra S. Shaffer
Jamesa J. Drake
Amber L. Tucker
Edward R. Benjamin Jr.
Kasia Soon Park