# UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| VICKI MCKENNEY, individually and VICKI MCKENNEY, as Next Friend of STEPHEN MCKENNEY and as Personal Representative of THE ESTATE OF STEPHEN MCKENNEY,<br>　　　　Plaintiff<br><br>v.<br><br>NICHOLAS MANGINO, CUMBERLAND COUNTY SHERIFF'S OFFICE, and WINDHAM POLICE DEPARTMENT,<br>　　　　Defendants | Docket No. 2:15-cv-00073-JDL |

## DEFENDANTS' WITNESS LIST FOR PURPOSES OF JURY SELECTION

NOW COME Defendants, through counsel, and pursuant to Section IV(D) of the Report of Final Pre-trial Conference and Order, submit the following witness list for use during jury selection:

| Name | Fact/Expert | General Subject Matter of Testimony | Estimate of Amount of Time on Direct |
|---|---|---|---|
| Nicholas Mangino<br>c/o Cumberland County Sheriff Department, Portland, Maine | Fact | Events of 4/12/14; training and experience as a police officer | 2.0 hours |
| Kevin Joyce<br>c/o Cumberland County Sheriff Department, Portland, Maine | Fact | Policies and procedures; lack of pattern or practice of excessive force; lack of need for additional force training | 2.0 hours |

| Joel Barnes<br>c/o Cumberland County Sheriff Department, Portland, Maine | Fact | Investigation into events of 4/12/14 | 1.0 hours |
|---|---|---|---|
| Zachary Welch<br>39 Smith Road<br>Hermon, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Marc Marion<br>c/o Cumberland County Sheriff Department, Portland, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| James Estabrook<br>c/o Cumberland County Sheriff's Office, Portland, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| David Hall<br>c/o Cumberland County Sheriff's Office, Portland, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Raymond McIntyre<br>c/o Cumberland County Sheriff's Office, Portland, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Craig Smith<br>c/o Cumberland County Sheriff's Office, Portland, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Todd McGee<br>c/o Cumberland County Sheriff Department, Portland, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Joseph Dyar<br>c/o Cumberland County Sheriff Department, Portland, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Christine Shepherd<br>c/o Cumberland County Regional Communications Center, | Fact | Events of 4/12/14 | 1.0 hours |
| R. Beal<br>c/o Cumberland County Regional Communications Center, Portland, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| C. Shepherd<br>c/o Cumberland County Regional Communications Center, Portland, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| J. Emmons<br>c/o Cumberland County Regional Communications Center, Portland, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| R. Dahms<br>c/o Cumberland County Regional | Fact | Events of 4/12/14 | 1.0 hours |

| | | | |
|---|---|---|---|
| Communications Center, Portland, Maine | | | |
| Jim Cook<br>c/o Windham Police Department, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Seth Fournier<br>c/o Windham Police Department, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Ernest MacVane<br>c/o Windham Police Department, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| James Boudreau<br>c/o Windham Police Department, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Patricia Buck<br>c/o Windham Police Department, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Richard Lewsen<br>c/o Windham Police Department, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Paul Cox<br>c/o Windham Police Department, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| David DeGruchy<br>c/o Windham Police Department, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Matthew Cyr<br>c/o Windham Police Department, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Susan Owen<br>1 Searsport Way, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Patricia Thomas<br>14 Quartz Circle, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Thomas Ferrante<br>13 Quartz Circle, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Carol Ferrante<br>13 Quartz Circle, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Berardino Salvati<br>14 Quartz Circle, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Maria Salvati<br>14 Quartz Circle, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Thomas Oliver<br>4 Naumburg Way, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |

| | | | |
|---|---|---|---|
| Susan Oliver<br>4 Naumburg Way, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| John McNeil<br>5 Naumberg Way, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Judy Benson<br>2 Rumney Way, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Kenneth Thorpe<br>c/o Windham Fire Rescue, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Mark Scribner<br>c/o Windham Fire Rescue, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Michael White<br>c/o Windham Fire Rescue, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Gus Vajda<br>c/o Windham Fire Rescue, Windham, Maine | Fact | Events of 4/12/14 | 1.0 hours |
| Detective Michael Pulire, Attorney General's Office, Augusta, Maine | Fact | Investigation into the events of 4/12/14 | 1.0 hours |
| Seth Blodgett, c/o Attorney General's Office, Augusta, Maine | Fact | Investigation into the events of 4/12/14 | 1.0 hours |
| James Gioia, c/o Attorney General's Office, Augusta, Maine | Fact | Investigation into the events of 4/12/14 | 1.0 hours |
| Patrick Gagnon, c/o Attorney General's Office, Augusta, Maine | Fact | Investigation into the events of 4/12/14 | 1.0 hours |
| Detective Farley, c/o Maine State Police | Fact | Investigation into the events of 4/12/14 | 1.0 hours |
| Herring, c/o Maine Department of Inland Fisheries & Wildlife | Fact | Investigation into the events of 4/12/14 | 1.0 hours |
| Trooper Porter, c/o Maine State Police | Fact | Investigation into the events of 4/12/14 | 1.0 hours |
| Marlene Richards, c/o Maine State Police Crime Lab, Augusta, Maine | Fact | Investigation into the events of 4/12/14 | 1.0 hours |

| Name | Type | Subject | Time |
|---|---|---|---|
| Christine Waterhouse, c/o Maine State Police Crime Lab, Augusta, Maine | Fact | Investigation into the events of 4/12/14 | 1.0 hours |
| Alison Gingras, c/o Maine State Police Crime Lab, Augusta, Maine | Fact | Investigation into the events of 4/12/14 | |
| Robert Burns, c/o Maine State Police Crime Lab, Augusta, Maine | Fact | Investigation into the events of 4/12/14 | 1.0 hours |
| Peter Lizanecz, c/o Attorney General's Office, Augusta, Maine | Fact | Investigation into the events of 4/12/14 | 1.0 hours |
| Scott Hamilton, c/o Maine Criminal Justice Academy, Vassalboro, Maine | Fact | Training provided to Nicholas Mangino and other cadets regarding use of force | 1.0 hours |
| Kenneth Wallentine 3108 West 9765 South South Jordan, Utah | Expert | Matters related to the events of 4/12/14 as contained in expert witness designations | 2.0 hours |
| Regan Goan c/o Cumberland County Sheriff Department, Portland, Maine | Expert | Matters related to the events of 4/12/14 as contained in expert witness designations | 2.0 hours |

Dated:  March 28, 2018

/s/  Peter T. Marchesi
Peter T. Marchesi, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendants
27 Temple Street
Waterville, ME   04901

5

**UNITED STATES DISTRICT COURT**
**District of Maine**

| | | |
|---|---|---|
| VICKI MCKENNEY, individually and VICKI MCKENNEY, as Next Friend of STEPHEN MCKENNEY and as Personal Representative of THE ESTATE OF STEPHEN MCKENNEY,<br>　　　　　Plaintiff<br><br>v.<br><br>NICHOLAS MANGINO, CUMBERLAND COUNTY SHERIFF'S OFFICE, and WINDHAM POLICE DEPARTMENT,<br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 2:15-cv-00073-JDL |

**CERTIFICATE OF SERVICE**

I, Peter T. Marchesi, Esq., attorney for Defendants Mangino and Cumberland County Sheriff's Office, hereby certify that:

- Defendants' Witness List for Purposes of Jury Selection

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

>　　Jamesa Drake, Esq.　　　*jamesa_drake@hotmail.com*
>　　Amber Tucker, Esq.　　　*amber@ambertucker.com*
>　　Edward Benjamin, Esq.　　*ebenjamin@dwmlaw.com*
>　　Kasia Park, Es.　　　　　*kpark@dwmlaw.com*

Dated:　March 28, 2018　　　　　　　　　　　／s／　Peter T. Marchesi
　　　　　　　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Mangino
　　　　　　　　　　　　　　　　　　　　　　　27 Temple Street
　　　　　　　　　　　　　　　　　　　　　　　Waterville, ME   04901